# APPENDIX A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

CHANCE DANIELS, individually
and on behalf of all others similarly situated,

      Plaintiffs,

      v.

ROBINHOOD FINANCIAL LLC, et al.,

      Defendants.

## CERTIFICATION OF CHANCE DANIELS

Chance Daniels, for his Certification, states as follows:

1.     I have reviewed the complaint against Defendants Robinhood Financial LLC and others that this Certification is attached to, and I authorized its filing.

2.     I did not purchase the securities that are the subject of this complaint at the direction of Plaintiff's counsel or to participate in any private action arising under this title, 15 U.S.C. §§ 78a et seq. against the defendants.

3.     I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.     The transactions in the securities that are the subject of the complaint during the class period specified in the complaint are identified in Exhibit 1 attached hereto.

5. I have not filed any other action under 15 U.S.C. §§ 78a et seq. during the 3-year period preceding the date on which this certification is signed in which I sought to serve as a representative party on behalf of a class.

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the court in accordance with paragraph 4.

DATED at Aurora, Colorado this 28th day of January 2021.

Chance Daniels

STATE OF COLORADO  )
COUNTY OF DENVER   )

Remotely subscribed and sworn to before me this 28th day of January 2021 at 2:03 p.m. p.m. by Chance Daniels via video conference call. Witness my hand and official seal.

My commission expires: 2/1/2024

/s/ Charity Bennett
Notary Public

Charity Bennett

CHARITY N. BENNETT
Notary Public
State of Colorado
Notary ID # 20164004063
My Commission Expires 02-01-2024

2

# EXHIBIT 1

| Date | Stock | Call Sign | Shares | Purchase Price / Share | Current Value/share | Current P/L |
|---|---|---|---|---|---|---|
| 1/27/21 | Blackberry | BB | 100 | 27.24 | 14.4 | ($1,284) |
| 1/27/21 | Nokia | NOK | 500 | 7.44 | 4.59 | ($2,295) |
| 1/27/21 | Gamestop | GME | 300 | 361 | 290 | ($21,300) |
| 1/27/21 | Gamestop | GME | 1 115c | 1050 | NA | ($23,905) |
| 1/27/21 | Gamestop | GME | 1 150c | 670 | NA | ($22,300) |